IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ARNOLD JAMES PADGETT, | ) | CIVIL 07-00200DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CIGNA CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on March 6, 2008 and

served upon Matt A. Tsukazaki, Esq. who, as a Registered Participant of CM/ECF,

received the document electronically on March 6, 2008, and served on March 7,

2008 by First Class Mail upon Richard C. Rost, Esq., and no objections having

been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Due for Adoption: March 24, 2008

Recommendation to Deny Plaintiff's Motion to Remand," are adopted as the

opinion and order of this Court.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, March 31, 2008.



_____
David Alan Ezra
United States District Judge

Arnold James Padgett vs. Cigna Corporation, et al., Civil No. 07-00200 DAE-LEK; ORDER
ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION